# United States Court of Appeals
## For the First Circuit

No. 12-2141

UNITED STATES, ex rel. Chinyelu Duxbury,

Relator, Appellant,

v.

ORTHO BIOTECH PRODUCTS, L.P.,

Defendant, Appellee.

**JUDGMENT**

Entered:  June 12, 2013

    This cause came on to be heard on appeal from the United States District Court for the District of Massachusetts and was argued by counsel.

    Upon consideration whereof, it is now here ordered, adjudged and decreed as follows:  The entry of summary judgment in favor of the defendant is affirmed.


By the Court:

/s/ Margaret Carter, Clerk


cc: Mr. Posner, Mr. Schlichtmann & Mr. Shapiro.